UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAN ZHOU,

           Plaintiff,

-against-

GFK MRI-SIMMONS, ANIKA AHMED,

           Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3/24/2023
```

22 Civ. 10005 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On November 28, 2022, the Court ordered the parties to submit a joint letter and a proposed case management plan by March 23, 2023. ECF No. 7. Those submissions are now overdue. Accordingly, by **April 10, 2023**, the parties shall submit a joint letter and a proposed case management plan.

    SO ORDERED.

Dated: March 24, 2023
       New York, New York

                                                  ANALISA TORRES
                                       United States District Judge